

RECEIVED
FEB 0 9 2010
CLERK, U.S. DISTRICT COURT

United States District Court for the District of Alaska

George N. Krause
4641 Juneau St. #209
Anchorage, Ak.
         99503

(907) 561-1114

RECEIVED
FEB 0 9 2010
CLERK, U.S. DISTRICT COURT

The abbreviations in this lawsuit;
The letters "API" mean "Alaska Psychiatric Institute."
The letters "FBI" mean "Federal Bureau of Investigation."
The letters "BBAHC" mean "Bristol Bay Area Health Corporation."
The letters "BBAMHC" mean "Bristol Bay Area Mental Health Corporation."
The letters "Dept." mean "Department."
The letters "lbs." mean "Pounds."
Title of the Pleading;
De-commit me from API, I am excluded from commitment to API with State liability by the use of State Statutes in Court Due Process!
I won a sweepstakes-lottery while in API by no Court Due Process.
I have a Court Order vs the Dept. of Health and Social Services doctors, who prescribe me Prozac (prolixin) making me very shaky. I figured this out from an "Uncle." Prozac made my little finger so nervous it caused my wrists to wag! My knees bounced on my toes while being seated.
If I'm on Disability Payments (from the governments), it belong's to the FBI. I told about the sweepstakes-lottery company winnings, the demon involvement and the prescription of risperidone and seroquel.
Complaint;
I can't have a job or a paycheck. My father, brother and I caught salmon on a fishing vessel for East Point Seafoods, Fisherman's Terminal, Bldg. C-3, Seattle, Wa. Queen Fisheries Inc. on the Nushagak River in Bristol Bay. I could've had an outdated Bristol Bay gillnetter if I would install a new motor and transmission! My father was saving my fishing percentage cut, so I could do it, before gambling it off. I told the cannery owner, and he offered me a fishing advance! He instructed a bookkeeper, Ivar Welly, to type me the check, and left. The bookkeeper inserted a check blank into a typewriter and dallied. I told the cannery owner about it, but he wouldn't repeat an order. I forced myself to leave. Later I found out that the bookkeeper was an embezzler who typed _himself_ the check. He was imprisoned. A fellow fisherman leased me his vessel and fishing partner when the deliveries averaged 43 lbs. near the end of the 1980 fishing season, when we delivered 7,500 lbs! I went to the cannery office and made an appointment to pick up my fishing settlement check.

(2)

But, then, George Thompson the secretary inquire's instead,
"And you promised me the million dollars, didn't you, for that!"
(He's passing me money!) Now I remember back in 1968-1969 when
I was an FBI agent, a George Thompson had left a suicide note
in his duffel bag in Aleknagik, Ak., when I was sent to invest-
igate. He'd written that he's a demon. Returning, we saw him run-
ning away through the brush, and then we saw him flying away
through the air in a south south-east direction, and made the re-
port.

    I got a weekend job as a service station attendant averaging
$40 per week. I stayed in a one-room place that I had built for
my father without heat and plumbing. It had one light bulb socket
and one electrical plug-in. I carried my canned food so they
wouldn't freeze!

    Then I "Found my money!" City of Dillingham Policeman Alvic S.
Dunnagun began picking me up at every sighting. The third time,
I deduced that he was picking me up to be being with me. He
wouldn't tell me that I was under arrest and read me my rights.
He was racing the police vehicle engine until it made a double-
knocking sound, to be "Hearing voices." He was pausing for every-
thing until "The voices." He shut off the police vehicle engine
at the Courthouse to hear, "And I've been bringing him to Court,
of insane." He figured out he'd pay me by lawsuit, and then go in
API, so he called Kanakanak Hospital's mental doctor Jim Hollo-
way. Who told him if he had any problems to call him, and then
he'd swear out an arrest warrant for me to the Hospital. He re-
leased me. Then he arrested me one more time for good measure.
Then he releasd and called Dr. Jim Holloway. Kanakanak Hospital
admitted me, transferring me to Alaska Psychiatric Institute,
Anchorage, Ak. Alaska Psychiatric Institute accepted me, it's in
my API patient chart. API's Admittance Unit doctor confessed to
me later that "He had any Defendant committed who never offered
me a million dollars before I've first spoken, and ordered by
telephone the magistrate to commit (the Defendant's name), or be
committed." API Court committed me at a Court Hearing on August
__, 1980. The Court Recorder was shut off as I explained, "And
I thought I had a Court Order vs the Dept. of Health and Social
Services here. And I need assistance in suing a Police Dept. for
false arrests." The Public Defender never insisted on using the
Alaska State Statutes pertaining to the subject. Neither did the
Judge. The State of Alaska signed the liability. I thought that I
was in API for good, until the summer of 1981. I never found a
lawyer being shipped in a taxi to the airport at discharge.

    And I was dealing with a company called the United States Pur-
chasing Exchange, U.S.P.E. Bldg., N. Hollywood, Ca. when I sent
them an address change: George No Krause (I was drawing a circle
for the periods), c/o/ Alaska Psychiatric Institute, 2900 Prov-
idence Dr., Anchorage, Ak. 99501. It was on or around April, 1987
and I got from them a list of sweepstakes-lottery winning numbers

(3)

and my numbers and they matched! I had won twenty billion dollars. I made an appointment to see the Intensive Treatment Unit (ITU) Treatment Team to arrange to return these numbers! I gave the numbers to one of two Negro women staffing the desk. Then the very next week the entire Treatment Team didn't show up for work-because I won the money.

I showed a desert landowner a mine on his property. He looked me up and gave me one-third of the mine's earnings, three hundred and thirty-three million dollars. I used to be a rich guy! Then I produced the boxoffice-buster movie and book "Gone With the Wind," making over a billion dollars. I made Bruce Lee's movies, "The Big Boss," "Fists of Fury," and "Enter the Dragon," for which I received fifty million dollars, on an American Express credit card, to be spent only on myself. I was the television showhost Tony Danza of "The Tony Danza Show." Somebody by forgery stole the forty five million dollars remaining on the credit card. Then I was sued for all my personal property and real estate for this faked marriage! I remained in the FBI.

Now I'm getting Disability Payments from the governments. I, on Christmas Day, 1986 let three API male aide's give me a "Self-inflicted" hernia (breaking the muscle that can hold in the top of the stomach for speaking), plotted with Dr. Jim Holloway for possibly violent patients! The tall, blode male aide was prancing at the Unit kiosk when the Police brought me in. He moved out of the way so I could down the contents of a med-cup. I did that and started for the hallway entrance for Unit smokes. He started for the hallway at the same time. I stopped beside the entrance extending an arm offering entrance. He extended an arm offering entrance! I took it. He grabbed me around the neck from behind and bore me to the floor. Two male aide's, a blonde-haired one and a black-haired one danced from behind the doorway and smashed an injection needle and it's contents through my pants into my thigh! He jerked out the injection needle, causing a stomach flinch for a self-inflicted hernia! I can no longer be tough and have been the Ultimate Fighting Champion (UFC), and the World Wrestling Federation belt holder and the light-heavyweight Boxing Champion of the World.

I was told in February, 2009 that I'm back in the FBI.

After my lawsuit vs API in 1969 I was made the API Judge; first thing in the morning I'd go to the Admittance Unit to look for new ones. I'd tell them I was them, I'd get a pen and paper and write a Plea for Life describing who had hassle's for me out there, and trial in three days. Two-thirds of the submitted at API didn't have a Court Complaint and probably could be let go. One-third were usually a parent "Wanted the patient's Disability Payment, then letting him go." I told the Public Defender to accompany here, before we signed the guy away! Three days later I'd

(4)

greet the Defendant at the door by name and take what he's written, usually its a parent wanted all the Defendant's Disability Payment-sexual harassment for the money. Or a certain Police Officer was jealous of the Defendant's behavior in public and dropped him off at API-police harassment. We had a plastic letter box holding copies of Court Orders vs the Dept. of Health and Social Services or API. There was also a list of names of who had Court Orders. If they were on the list, we released them. I had a copy of my Court Order vs the Dept. of Health and Social Services in there. I'd pick up the telephone and call the FBI for one detective for each allegation! After my job was changed at API the Court reverted back to a trial after 14 days without State Statutes! Replace API Court with those knowing State Statutes protected everybody; the submitted, the Court, the State, API, and the Complainant.

After I was laid off in 1969 I was able to return home to Dillingham. I had half-a-case of world-wise notebooks including my copy of the Court Order vs the Dept' of Health and Social Services. An imposter of my little brother Erling got to spirit off with the case of notebooks. I've got to largely forget over the years.

Here's the demons that were involved. George Thompson the Queen Fisheries secretary. Dr. Jim Holloway of Kanakanak Hospital. My API Intensive Treatment Unit (ITU) doctor in 1987. My mother Sally Ann Krause had swithed place's with a similar woman in or around 1978 in Auburn, Wa. Thirty years later I found her here in Anchorage being Phyllis Kruger of Pacific Rim Properties, 405 W. 27th, a real estate company. In or around 2007, here in the Tudor Park area, I reported a list of about ten names to the FBI of a group of people who claimed they were holding me hostage, for I had invented microphones and speakers with a magnet in them and hadn't been paid. Gov. Sarah Palin was one of them. API Recovery Center patient/inmates had escaped and made themselves Recovery Center Staff, Recovery Center Court Judge with Staff (beside's the Public Defender and Court Listener), Anchorage Police, and FBI. Some were demons that I've reported. Anchorage Police (with FBI) found out about me and my lawsuit, and on 11/25/07 came to my apartment and arrested me for Providence Hospital, when they gave me an ex parte stalking Court Order about Phyllis Kruger. I don't think she had anything to do with it. I think that they arrested her at the same time and brought her to API! I think she was committed without Court Due Process, and I think she had a Court Order vs API from in the 1980's. It'll take a squad of FBI to get her from API. On or around 5/28/08 Anchorage Police came to my apartment telling me I'd violated a one-year ex parte stalking Court Order. They took my copy of the six-month ex parte stalking! They're demons I've reported. They took me to Anchorage Correctional Complex East who transferred me to

(5)

Anchorage Correctional Complex West Mental Ward. Mental Ward staff following me were demons I've reported. API Recovery Center prescribed me the blinding drug combination of injections of risperidone and pills of seroquel as told me in the 1992 movie "A Few Good Men," starring Jack Nicholson and Tom Cruise (me.) It's continued by Anchorage Community Mental Health Services, 4020 Folker St., Anchorage, Ak. 563-1000.

   Dr. Harold Conrad asked me if I'd give him a million dollars.

   Dr. Giesseman prescribed me more than the maximum dose of prolixin.

   When I was on the Intensive Treatment Unit (ITU) in 1987, the Public Defender refused to let me file a lawsuit.

   Listed next is warning's on television;

   May 25, 2005 Television ch. 34 from 8:00 a.m. through 9:00 a.m. on "Vietnam: On the Frontlines: Ringing Down The Curtain." Twenty-nine minute's into this, James Holloway and brother Tim and a pledge to not pay "The Big One, George N. Krause." They promise to be sitting behind the desk if I couldn't pay!

   August 4, 2005 Television ch. 57 from 8:00 p.m. through 9:00 p.m. on the "Dukes of Hazzard," they betray A.S. Dunnagun.

   June 28, 2005 Television ch. 34 from 12:00 a.m. through 1:00 p.m. on "American Justice." Ft. Bennings, Ga. Green Beret Special Forces Doctor's Jeffery and Donnell stated to each other a plan to pick up and kill (me,) George Krause eldest son.

   August 27, 2005 Television ch. 5 from 5:00 p.m. through 6:00 p.m., the Alaska Wrestling Champion is to be with a Negro in the FBI to arrest me after my lawsuit, (the same black who had caused my arrest; I went to Death Row, but was then cleared.)

   August 28, 2005 Television ch. 43 from 4:00 p.m. through 5:00 p.m. on "War Stories with Oliver North." It begin's with the less as amiable Ft. Bennings, Ga. Mental Health, it professes two of them waiting to kill George N. Krause; with someone, a squarehead, a neighbor of my address on this day at 4:00 p.m.

   July 26, 2008 Television ch. 83 at 7:00 p.m., the movie "The Hurricane." Five minute's before the end they describe charge's of this lawsuit's predicament.

   The U.S. Congress passes the 1991 Constitutional Amendment for Punitive Damages in the case of civil rights violator's.

   There was a State Human Rights Act; in the case of civil rights violator's I could get civil right's back if I've sued.

   The Demand for the Relief I want;

   Have the United States Purchasing Exchange send me my sweepstakes winning's.

   Make the State of Alaska pay me one-half of the amount of the sweepstakes-lottery winning.

   Give me my API patient chart and the API Recovery Center chart for further review.

(6)

    Install for API a law-compliant Court.
    Give me a copy of my 1969 Court Order vs the Dept. of Health and Social Services.
    You could put in the Anchorage Daily News paper what I've won.

*Geo. N. Krause*

[Garbled/encoded text]

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Alaska**

**Notice of Electronic Filing**

Case 3:10-cv-00026-JWS   Document 1   Filed 02/09/10   Page 8 of 8